**Mary LaShonda WEBBER, also known as LaShonda Webber, Plaintiff–Appellant**

v.

**CHRISTUS SCHUMPERT HEALTH SYSTEM, Defendant–Appellee.**

No. 11–30924.

United States Court of Appeals, Fifth Circuit.

June 27, 2012.

Lashonda Webber, Allison Anne Jones, Trial Attorney, Davidson, Jones & Summers, Shreveport, LA, for Plaintiff–Appellant.

Michael D. Lowe, Cook, Yancey, King & Galloway, A P.L.C., Shreveport, LA, for Defendant–Appellee.

Before JONES, Chief Judge, and WIENER and GRAVES, Circuit Judges.

PER CURIAM: *

Plaintiff–Appellant Mary LaShonda Webber appeals the district court's grant of summary judgment in favor of Defendant–Appellee Christus Schumpert Health System, arguing that the district court erred in finding that she failed to meet her burden of establishing a prima facie case of discrimination or retaliation. Based on the record before us, the district court's judgement is affirmed, essentially for the same reasons stated in the district court's opinion.

**AFFIRMED.**

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.